UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
ANDRE M. DAVIS
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0801
FAX (410) 962-0820

October 15, 2002

MEMORANDUM TO COUNSEL RE:

Maszczenski v. SuperValu, Inc.
Civ. No. AMD 02-2995

By separate correspondence, the clerk will be returning the "Amendment By Interlineation" filed by plaintiffs. Plaintiffs should file an appropriate motion for leave to file an amended complaint (or an unopposed motion for leave to file an amended complaint) to correct misnomer.

In the meantime, although I note that defendant Pepsi has not yet appeared in the case (although it consented to the removal of the case and its counsel have been copied on pleadings), I am referring this case for early ADR at this time. I will not issue a scheduling order until after ADR proceedings have been completed.

I expect that SuperValu's counsel will see to it that Pepsi's counsel receive copies of all papers until Pepsi's counsel enter their appearances.

Very truly yours,

Andre M. Davis
United States District Judge

AMD:tt
cc: Court file