# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

DOLORES MASZCZENSKI, et al.                *

     Plaintiffs                                    *

vs.                                                            *

SUPERVALU, INC., et al.                        *        Civil Case No.: AMD02CV2995

     Defendants                              *

                              *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

FILED _____ ENTERED
LODGED _____ RECEIVED
NOV 0 5 2002
AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY_____ DEPUTY

## ORDER

Having read and considered the Plaintiffs' unopposed Motion for Leave to File an Amended Complaint, and it appearing to the Court that Pepsi-Cola Operating Company of Chesapeake & Indianapolis has consented, it is this 5 day of Nov., 2002, hereby:

ORDERED, that Plaintiffs' Motion for Leave to File an Amended Complaint be, and it hereby is, GRANTED; and it is further

ORDERED, that the original of the Amended Complaint, attached to the Motion for Leave to File an Amended Complaint, be deemed filed with the Clerk of the Court.

_____
Andre M. Davis
United Stated district Judge

