FILED _____ ENTERED
_____ LODGED _____ RECEIVED

2 4 2003

CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

DOLORES MASZCZENSKI, et al.          *
                                     *
        Plaintiffs,                  *
                                     *
vs.                                  *   Civil No. AMD02CV2995
                                     *
SUPERVALU, INC., et al.              *
                                     *
        Defendants.                  *

### O R D E R

UPON CONSIDERATION of the Defendant SUPERVALU INC.'s Motion for Summary Judgment, and good cause having been demonstrated, it is this 21 day of Feb., 2003, by the United States District Court for the District of Maryland,

**ORDERED**, that the Defendant's Motion for Summary Judgment be and the same is hereby ~~███████████████~~ r ~~████████████~~ DENIED MOOT

_____
JUDGE, United States District Court
For the District of Maryland

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP

WASHINGTON BUSINESS PARK
4601 FORBES BOULEVARD
SUITE 200
POST OFFICE BOX 40
LANHAM, MD 20703-0040
TELEPHONE: (301) 306-4300
FAX: (301) 306-4988

2585 CHAIN BRIDGE ROAD
VIENNA, VIRGINIA 22181
TELEPHONE: (703) 255-6667
FAX: (703) 299-8548

Copies to:

Christopher R. Dunn                Jennifer Ryan Lazenby, Esquire
P.O. Box 40                        Suite 400
Lanham, MD  20703-0040             210 West Pennsylvania Avenue
                                   Towson, Maryland 21204-4515

Jay D. Miller, Esquire
Heaver Plaza
1301 York Road, Suite 108
Lutherville, Maryland 21093

